# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PQ New York, Inc., *et al.*,[1] | ) ) ) | Case No. 20-11266 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) | **Re: D.I. 29** |

### ORDER SHORTENING THE NOTICE AND OBJECTION PERIODS FOR THE *MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) EXTENDING TIME FOR PERFORMANCE OF OBLIGATIONS ARISING UNDER UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND (II) GRANTING RELATED RELIEF*

Upon the motion (the "**Motion to Shorten**")[2] of the Debtors for entry of an order shortening the notice and objection periods on the 365(d)(3) Motion, all as more fully set forth in the Motion to Shorten; and the Court having reviewed the 365(d)(3) Motion; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion to Shorten has

---

[1] The last four digits of PQ New York, Inc.'s federal tax identification number are 1022. The mailing address for the debtors is 50 Broad Street, New York, New York 10004. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at *www.donlinrecano.com/pqny*.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Shorten.

RLF1 23492995v.1

been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation and sufficient cause appearing therefore,

    IT IS HEREBY ORDERED THAT:

    1.    The Motion to Shorten is GRANTED, to the extent set forth herein.

    2.    Local Rule 9006-1(c)(ii) is hereby waived with respect to the 365(d)(3) Motion.

    3.    The Hearing to consider the relief requested in the 365(d)(3) Motion will be held on **June 1, 2020 at 3:00 p.m. (Eastern Time).**

    4.    Objections to approval of the 365(d)(3) Motion may be raised with the Court at the Hearing.

    5.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion to Shorten.

    6.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: May 28th, 2020**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

2

RLF1 23492995v.1