# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Daily Bread Winddown, LLC,<br><br>          Reorganized Debtor. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 20-11266 (JTD) <br> ) <br> ) <br> ) |

## CERTIFICATION OF COUNSEL REGARDING
## ORDER SCHEDULING OMNIBUS HEARING DATES

The undersigned hereby certifies that he has obtained the omnibus hearing dates set forth on the proposed order (the "Proposed Order") attached hereto as Exhibit A (the "Omnibus Hearing Dates") from the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

WHEREFORE, counsel for Edward T. Gavin, Liquidating Trustee in this chapter 11 case, respectfully requests that the Bankruptcy Court enter the Proposed Order scheduling the Omnibus Hearing Dates at its earliest convenience.

Dated:  March 11, 2022         **MORRIS JAMES LLP**

                                                 */s/ Jeffrey R. Waxman*
                                                 Jeffrey R. Waxman (DE Bar No. 4159)
                                                 500 Delaware Avenue, Suite 1500
                                                 Wilmington, DE 19801
                                                 Telephone: (302) 888-6800
                                                 Facsimile: (302) 571-1750
                                                 E-mail: jwaxman@morrisjames.com

                                                 *Counsel for Edward T. Gavin, Liquidating Trustee*

13498047.v1