**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) ) Chapter 11 ) |
| Daily Bread Winddown, LLC, | ) Case No. 20-11266 (JTD) ) |
| Reorganized Debtor. | ) ) ) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned chapter 11 cases:

| **Date & Time** | **Time** |
|---|---|
| October 18, 2022 | 11:00 a.m. (ET) |
| November 16, 2022 | 2:00 p.m. (ET) |
| December 14, 2022 | 10:00 a.m. (ET) |

**Dated: September 16th, 2022
Wilmington, Delaware**

**JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE**

13771848.v1