**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Daily Bread Winddown, LLC, | Case No. 20-11266 (JTD) |
| Reorganized Debtor. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 18, 2022 AT 11:00 A.M. (ET)**

**\*\* AS NO MATTERS ARE SCHEDULED TO GO FORWARD, WITH PERMISSION OF THE COURT, THIS HEARING HAS BEEN CANCELLED \*\***

**ADJOURNED MATTERS:**

1.      Second Omnibus Objection (Substantive) of the Debtors to Certain (I) Misclassified Claims, (II) Overstated Claims, (III) Overstated and Misclassified Claims, (IV) No Liability Claims and (V) Redundant Claims [D.I. 573, filed September 21, 2020].

Objection Deadline: October 5, 2020 at 4:00 p.m. (ET); extended through December 17, 2020 for Turnberry/Aventura Mall Venture, ADR 1425 Walnut LLC, 833 Lex LLC, West Eighties Group II, LLC c/o Time Equities, Inc., Yvonne Maverick, Prince George's County, Maryland, The Chef's Warehouse, 375 HH LLC, and 85 Broad Street; extended through May 18, 2021 for ADR 1425 Walnut LLC.

Objection/Response(s) Received:

   A.   Response of GTT Communications to Debtor's Second Omnibus Objection to Claims (re: Claim No. 463) [D.I. 623, filed October 5, 2020].

   B.   Roland Kiroloss's Response to Debtors' Second Omnibus Objection to Claims (Substantive) [D.I. 624; filed October 5, 2020].

   C.   Chicago Investments, L.P.'s Response to Second Omnibus Objection (Substantive) of the Debtors to Certain (I) Misclassified Claims, (II) Overstated Claims, (III) Overstated and Misclassified Claims, (IV) No Liability Claims and (V) Redundant Claims [D.I. 625, filed October 5, 2020.

D.   Withdrawal of Response of GTT Communications to Debtor's Second Omnibus Objection to Claims (re: Claim No. 463) [D.I. 630, filed October 12, 2020].

E.   Informal response of Prince George's County, Maryland, which filed proof of claim number 91.

F.   Informal response of Natanel Marciano as class representative, which filed proof of claim number 97.

G.   Informal responses of Turnberry/Aventura Mall Venture, which filed proof of claim numbers 209 and 210.

H.   Informal responses of Chicago Investments LP, which filed proof of claim numbers 324 and 325.

I.   Informal response of The Chef's Warehouse, which filed proof of claim numbers 362, 344, 364, and 343.

J.   Informal response of 833 Lex LLC, which filed proof of claim number 330.

K.   Informal response of 375 HH LLC, which filed proofs of claim numbers 367 through 369.

L.   Informal response of 85 Broad Street, which filed proofs of claim numbers 370 through 373.

M.   Informal response of ADR 1425 Walnut LLC, which filed proof of claim number 382.

N.   Informal response of Yvonne Maverick, who filed proofs of claim numbers 468, 469, 481, and 487.

O.   Informal response of West Eighties Group II, LLC c/o Time Equities, Inc., which filed proof of claim number 491.

Related Documents:

A.   Notice of Submission of Proofs of Claim in Connection with the Omnibus Objection (Substantive) of the Debtors to Certain (I) Misclassified Claims, (II) Overstated Claims, (III) Overstated and Misclassified Claims, (IV) No Liability Claims and (V) Redundant Claims [D.I. 631, filed October 13, 2020].

B. Certification of Counsel Regarding Order Sustaining Second Omnibus Objection (Substantive) of the Debtors to (I) Misclassified Claims, (II) Overstated Claims, (III) Overstated and Misclassified Claims, (IV) No Liability Claims and (V) Redundant Claims [D.I. 639, filed October 21, 2020].

C. Order Sustaining Second Omnibus Objection to Claims (Substantive) of the Debtors to Certain (I) Misclassified Claims, (II) Overstated Claims, (III) Overstated and Misclassified Claims, (IV) No Liability Claims and (V) Redundant Claims [D.I. 641, filed October 22, 2020].

D. Certification of Counsel Regarding Order Approving Stipulation By and Between the Liquidating Trustee and 375 HH, LLC [D.I. 732, filed July 21, 2021].

E. Order Approving Stipulation By and Between the Liquidating Trustee and 375 HH, LLC [D. I. 733, filed July 22, 2021].

F. Certification of Counsel Regarding Order Approving Stipulation Between the Liquidating Trustee and ADR 1425 Walnut LLC Resolving Claim Objection [D.I. 737, filed September 16, 2021].

G. Order Approving Stipulation Between the Liquidating Trustee and ADR 1425 Walnut LLC Resolving Claim Objection [D.I. 738, filed September 17, 2021].

Status: Subject to further extensions as agreed upon by the parties, a hearing on the Objection with respect to claims of Turnberry/Aventura Mall Venture, 833 Lex LLC, West Eighties Group II, LLC c/o Time Equities, Inc., Prince George's County, Maryland are all being continued by agreement of the parties until the hearing on November 16, 2022 at 2:00 p.m. The claim of ADR 1425 Walnut LLC has been resolved by stipulation. Further, and subject to further extensions as agreed upon by the parties, the deadline for Natanel Marciano as class representative is being continued as it relates to the "no liability" objection. The response deadline for Yvonne Maverick (proofs of claim 468, 469, 481, and 487), has been extended without a date certain. In the event that the parties cannot resolve the objection for Ms. Maverick, the Liquidating Trustee will send her further notice of hearing. The objection to the proofs of claim filed by The Chef's Warehouse, Inc. and related entities (proofs of claim numbers 344, 345, 346, and 362) has been withdrawn, without prejudice to objections on any other basis. The objections to the proofs of claim filed by Chicago Investments LP (proofs of claim numbers 324 and 325) and Roland Kiroloss (proof of claim number ECN-233) has been withdrawn, without prejudice to objections on any other basis. An order has been

entered by the Court sustaining the Second Omnibus Objection to Claims, other than those continued matters.

Dated: October 14, 2022

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

-and-

**SEWARD & KISSEL LLP**
Robert J. Gayda (admitted *pro hac vice*)
Catherine V. LoTempio (admitted *pro hac vice*)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
E-mail: gayda@sewkis.com
E-mail: lotempio@sewkis.com

*Counsel for Edward T. Gavin, Liquidating Trustee*

13843641.v1