IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Daily Bread Winddown, LLC, | ) Case No. 20-11266 (JTD) |
| Reorganized Debtor. | ) **Re: Docket Nos. 815, 820** |

**REVISED ORDER (I) ENTERING A FINAL DECREE AND CLOSING THE OPEN DEBTOR CASE; (II) AUTHORIZING THE DESTRUCTION AND ABANDONMENT OF BOOKS AND RECORDS; (III) TERMINATING THE REMAINING RESPONSIBILITIES OF DONLIN, RECANO & COMPANY, INC. AS CLAIMS AGENT; (IV) AUTHORIZING THE CANCELLATION OF UNCLAIMED DISTRIBUTIONS; AND (V) GRANTING SUCH OTHER RELATED RELIEF**

Upon consideration of the motion ("Motion")[1] seeking entry of an order ("Order") pursuant to §§ 105(a), 350, and 554 of the Bankruptcy Code, Rule 3022 of the Bankruptcy Rules, and Rule 3022-1 of the Local Rules, (i) granting a final decree closing the Open Debtor Case, (ii) authorizing the Liquidating Trustee to destroy the Books and Records of the Debtors, if any, held in the possession of the Liquidating Trust, or its professionals or contractors, (iii) terminating the remaining services of Donlin, Recano & Company, Inc. as the Claims Agent in the Chapter 11 Cases, and (iv) granting such other and further relief deemed appropriate by the Court, and all pleadings related thereto; and it appearing that (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b), and (iii) notice of the Motion was due and proper under the circumstances; and the Court having considered the Motion and any responses to the Motion; and it appearing that the relief requested in the Motion is appropriate; and upon the record herein and after due deliberation, and good and sufficient cause appearing therefor; it is hereby

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

16632626/1

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Open Debtor Case captioned below is hereby **CLOSED** effective upon entry of this Order:

| | |
|---|---|
| In re: | ) Chapter 11 |
| Daily Bread Winddown, LLC, | ) Case No. 20-11266 (JTD) |
| Reorganized Debtor. | ) |

3. The Liquidating Trust shall: (i) submit a post-confirmation quarterly report for the Open Debtor Case for the reporting period ending March 30, 2024, and (ii) pay all Section 1930 Fees that are due and owing for such time period shortly thereafter. The United States Trustee reserves the right to move to reopen the Open Debtor Case if such report is not submitted and all Section 1930 Fees have not been paid on a timely basis.

4. The Claims Agent may terminate its website related to the Chapter 11 Cases, and it shall be released from its remaining responsibilities as Claims Agent in the Chapter 11 Cases.

5. The Liquidating Trust is authorized, but not required, to abandon and/or destroy those Books and Records, if any, in the possession of the Liquidating Trust and its respective professionals and contractors that the Liquidating Trustee determines, in its sole discretion, are burdensome to the estate or of inconsequential value and benefit to the estates, *provided however*, that notice shall be provided to Surety as set forth in the Confirmation Order.

6. The Liquidating Trust is authorized to cancel any unclaimed distributions, and transfer any unclaimed property, after payment of all fees and expenses of the Liquidating Trust, to SVDF, LLC pursuant to the Asset Purchase Agreement, dated as of January 26, 2024.

7. Entry of this Order and Final Decree shall be without prejudice to the rights of the Liquidating Trustee, or any other party-in-interest to seek to reopen the Debtors' respective Chapter 11 Cases for cause.

8. The Liquidating Trustee is empowered and authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order and Final Decree.

9. The Clerk of the Court shall enter this Order and Final Decree on the docket of the Open Debtor Case and thereafter such docket shall be marked as "Closed."

10. Notwithstanding any stay that might be applicable to this Order and Final Decree, this Order and Final Decree shall be effective and enforceable immediately upon entry hereof.

11. The Court shall retain jurisdiction to construe and enforce the terms of the Motion and this Order and Final Decree.

**Dated: March 28th, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

16632626/1